FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 26, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MATTHEW TAST WOODFORD,<br><br>Plaintiff,<br><br>v.<br><br>B. LONGINO,<br><br>Defendant. | NO: 2:20-CV-192-RMP<br><br>ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE AND *IN FORMA PAUPERIS* REQUIREMENTS |

By Order filed July 22, 2020, the Court directed Plaintiff Matthew Tast Woodford to provide a new application to proceed *in forma pauperis* upon his notification that he was released from incarceration at the Airway Heights Corrections Center to a residential address in Colbert, Washington. ECF No. 11. Plaintiff had presented a *pro se* civil rights complaint and Defendant was not served. In the alternative, the Court instructed Plaintiff to pay the $400.00 fee ($350.00 filing fee, plus $50.00 administrative fee) to commence this action under 28 U.S.C. § 1914. *Id*. at 1. Plaintiff did not comply with the Court's directive and has filed

ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE AND *IN FORMA PAUPERIS* REQUIREMENTS -- 1

1 nothing further in this action.  Based on these actions, it appears that Plaintiff has abandoned this litigation.

2 Therefore, for the reasons set forth above and in the Court's prior Order, **IT IS ORDERED** that this action is **DISMISSED** for failure to comply with the filing fee and *in forma pauperis* requirements of 28 U.S.C. §§ 1914 and 1915.

3 **IT IS SO ORDERED**.  The District Court Clerk is directed to enter this Order, enter judgment, provide copies to Plaintiff at his last known address, and **CLOSE** the file.  The Court certifies that any appeal of this dismissal would not be taken in good faith and would lack an arguable basis in law or fact.

**DATED** August 26, 2020.

          *s/ Rosanna Malouf Peterson*
          ROSANNA MALOUF PETERSON
          United States District Judge